AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Richard Evans | ) | Case No. 21cr10093 |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Richard Evans,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 (Conspiracy to Commit Theft Concerning Programs Receiving Federal Funds)
18 U.S.C. §§ 666(a)(1)(A) and 2 (Theft Concerning Programs Receiving Federal Funds; Aiding and Abetting)
18 U.S.C. § 1349 (Conspiracy to Commit Wire Fraud)
18 U.S.C. §§ 1343 and 2 (Wire Fraud; Aiding and Abetting)

Date: March 29, 2021

*Issuing officer's signature*

HON. DAVID H. HENNESSY
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MASSACHUSETTS

City and state: Worcester, Massachusetts

*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*