UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | |
| ) | Criminal No. 21-cr-10093-RGS |
| 1. RICHARD EVANS  ) | |
| ) | |
| Defendant.  ) | |
| ) | |

# MEMORANDUM PURSUANT TO LOCAL RULE 116.5(a)

Counsel for the United States and Richard Evans (hereinafter "the parties") submit this memorandum addressing Local Rule 116.5(a).

**I.      Local Rule 116.5(a)(1)**

The deadline to provide automatic disclosures has been extended by the Court, with the agreement of the defendant, until May 26, 2021.

The extensions were granted to allow the parties time to negotiate a suitable protective order. A proposed order has now been agreed upon and was filed with the Court today.

The government has compiled its automatic disclosures and anticipates producing them promptly upon the issuance of the protective order.

**II.     Local Rule 116.5(a)(2)**

The government shall seasonably supplement its automatic disclosures as required by the Local Rules.

**III.    Local Rule 116.5(a)(3)**

The defendant needs time to review the government's initial disclosures before determining whether it will be necessary to file a request for additional materials.

**IV.    Local Rule 116.5(a)(4)**

A proposed protective order is pending.

**V.      Local Rule 116.5(a)(5)**

The parties agree that it is too early to set a motion schedule under Fed. R. Crim. P. 12(b).

**VI.     Local Rule 116.5(a)(6)**

The parties agree it is too early to establish a schedule for experts.

**VII.    Local Rule 116.5(a)(7)**

The defendant was arrested on March 30, 2021 and made his initial appearance on that date.  Assented to motions for an order of excludable delay from March 30, 2021 through April 8, 2021 and from April 8, 2021 through May 25, 2021 have been previously allowed.  [D. 19-20].

The government and the defendant further agree that the time period between May 25, 2021, and the next status conference should be excluded because the parties have been and are using the period of the continuance to complete production and review of discovery, and also to explore a non-trial disposition of the case.  Therefore, the parties request that this Court find that the ends of justice served by excluding the period of this continuance outweigh the best interest of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A).

The parties agree that no countable days have elapsed.

**VIII.   Local Rule 116.5(a)(8)**

The government and the defendants request that a further status conference be scheduled for approximately 60 days in the future.

Respectfully submitted,

NATHANIEL R. MENDELL
UNITED STATES ATTORNEY

By:   */s/ Mark J. Grady*
Mark J. Grady
Assistant U.S. Attorney

RICHARD EVANS

By:  */s/ Kevin J. Reddington*
Kevin J. Reddington
Law Offices of Kevin J. Reddington
1342 Belmont Street
Suite 203
Brockton, MA 02301

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Mark J. Grady
Mark J. Grady
Assistant U.S. Attorney

Date: May 24, 2021