UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>1. RICHARD EVANS )<br>)<br>Defendant. )<br>) | Criminal No. 21-cr-10093-RGS |

**MEMORANDUM PURSUANT TO LOCAL RULE 116.5(c)**

Counsel for the United States and Richard Evans (hereinafter "the parties") submit this memorandum addressing Local Rule 116.5(b).

Should the Court agree, the parties request that the status conference be cancelled and that a further status conference be scheduled in approximately 60 days.

**I.     Local Rule 116.5(b)(1)**

The government will apprise the Court if and when any Rule 11 hearing becomes appropriate.

**II.    Local Rule 116.5(c)(2)**

The parties request a further status conference before this Court approximately 60 days in the future.

**III.   Local Rule 116.5(c)(2)(A)**

The government provided automatic discovery to the Defendant on May 27, 2021, and provided supplemental materials on or about July 28, 2021 and September 24, 2021.

Due to the ongoing nature of the investigation, [1] the government will likely have

---

[1] The government's ongoing investigation of the alleged conduct underlying this action has involved charges against fourteen other officers, nine of whom have pled guilty. *See United States v. Torigian et al*, 20-cr-10164-NMG; *United States v. George Finch*, 21-cr-10149-LTS; *United States v. Joseph Nee*, 21-cr-10177-PBS; *United States v. Craig Smalls*, 21-cr-10192-ADB; *United States v. William Baxter*, 21-cr-10161-PBS, and *United States v. Thomas Nee*, 21-

1

additional discovery to be provided to the defendant, including witness statements and materials required to be produced for such witnesses pursuant to Local Rule 116.2.  In addition, the government has obtained an additional record of the criminal histories run by Tracy McHale, and will provide those materials by the end of the year.

The FBI continues to collaborate with the manufacturer of the video storage devices used at the Evidence Warehouse to determine if the manufacturer can recover video that the City of Boston was unable to recover from those devices.  At least one portion of such video has reportedly been recovered and will be produced by the end of the year.  No specific date can be established for when any additional recovered materials may be expected, but they will be produced to the defense as soon as is practicable, should video be recovered as a result of those efforts.

The government anticipates an expert in the field of cellular technology will provide a report and testify regarding location information for various cellphones belonging to the members of the evidence control unit.  A financial analyst is expected to create a report and testify regarding the government's estimates of loss figures, including summary charts of the voluminous financial and payroll records.  The government anticipates disclosing those materials in accordance with the expert disclosure schedule established by the District Court and any schedule established for summary exhibits, while the defendants reserve the right to request earlier disclosure if appropriate.

The defendant needs time to review the government's disclosures before determining whether it will be necessary to file any requests for additional materials.

### IV.     Local Rule 116.5(c)(2)(B)

To date, the parties have resolved discovery issues informally.  No discovery letters have

---

cr-10294-RGS.

been served and no motions are pending.

V.       **Local Rule 116.5(c)(2)(C)**

No motion schedule has yet been established and the parties would request that the issue be deferred until the next status date.

VI.      **Local Rule 116.5(c)(2)(D)**

The defendant was arrested on March 30, 2021 and made his initial appearance on that date. Assented to motions for an order of excludable delay from March 30, 2021 through November 30, 2021 have been previously allowed or are pending. [D. 18, 21, 33, 38, 42].

The government and the defendant further agree that the time period between November 30, 2021, and the next status conference should be excluded because the parties have been and are using the period of the continuance to complete production and review of discovery, and also to explore a non-trial disposition of the case. Therefore, the parties request that this Court find that the ends of justice served by excluding the period of this continuance outweigh the best interest of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. ' 3161(h)(7)(A).

The parties agree that no countable days have elapsed. .

VI.      **Local Rule 116.5(c)(2)(E)**

The government would anticipate a two-week trial.

VII.     **Local Rule 116.5(c)(3)**

N/A.

The parties request a further status conference before this session in approximately 60 days.

Respectfully submitted,

NATHANIEL R. MENDELL
UNITED STATES ATTORNEY

By:     */s/ Mark J. Grady*
Mark J. Grady
Assistant U.S. Attorney

RICHARD EVANS

By:  */s/ Kevin J. Reddington*
Kevin J. Reddington
Law Offices of Kevin J. Reddington
1342 Belmont Street
Suite 203
Brockton, MA 02301

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Mark J. Grady
Mark J. Grady
Assistant U.S. Attorney

Date: November 29, 2021