UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 21-10093-RGS

UNITED STATES OF AMERICA

v.

RICHARD EVANS

**VERDICT**

March 15, 2024

STEARNS, D.J.

We the jurors unanimously find the defendant Richard Evans guilty or not guilty of the following as indicated by our verdict.

Count 1    Conspiracy to Commit Theft Concerning Programs Receiving Federal Funds

Guilty __✓__    Not Guilty _____

Count 2    Theft Concerning Programs Receiving Federal Funds

Guilty __✓__    Not Guilty _____

Count 3    Conspiracy to Commit Wire Fraud

Guilty __✓__    Not Guilty _____

Count 4    Wire Fraud (April 1, 2016 Deposit)

Guilty __✓__    Not Guilty _____

Count 5    Wire Fraud (April 8, 2016 Deposit)

Guilty__✓__    Not Guilty____

Count 6    Wire Fraud (April 15, 2016 Deposit)

Guilty__✓__    Not Guilty____

I verify that the above accurately reflects the unanimous verdict of all twelve jurors assembled.

_____[signature]_____
Foreperson

Dated: __3/15/24__