Honorable Judge Richard G. Stearns
US District Court, District of Massachusetts
John Joseph Moakley US Courthouse
1 Courthouse Way, Suite 2300
Boston, Ma. 02210

July 29, 2024

Honorable Judge Stearns,

Thank you for taking the time to read my narrative. .

    Upon my retirement in January 2021, I had been a Police Officer for 37 years. I knew how hard it is to maintain public trust and the repercussions of losing that trust. During the summer of 2020, I witnessed first hand the large George Floyd demonstrations as a member of the response units deployed to deal with the demonstrations, while faced simultaneously with dealing with the effects of the covid 19 pandemic which killed, and nearly killed several of our police officers. I have made good policing decisions in my 37 year police career using what was taught to me by my parents, family, neighborhood, schools, church, to navigate as sucessfully as I could family, and career challenges. I have lived a life of service both to the City of Boston as a police officer, and my local community of Hanover, Ma.as a member of Boy Scout Troop 38, as a asst. Scoutmaster participating in many activities. Anytime anyone needed a hand with anything I was always willing to help with the many activities of the troop , camping trips, fundraisers, community servive projects. I was also a youth baseball coach in Hanover.
    I was born on Nov. 19, 1958 and raised in a working class neighborhood of Dorchester, Ma., at 464 Ashmont St., a two family home with my mother and father, and four brothers Mark, Mike, Frank, and Steve. I was the second youngest. My childhood during the 60's and 70's in Dorchester were during a time of much turbulence in Boston. The Vietnam War era, busing in Boston, racial strife, the youth movement and the influx of drugs into the city, especially cocaine certainly tried the souls of many in our neighborhood. Many choose the wrong path even though they were good at heart. It was with this idea, I treated people in general, on the job , or off. I

was compassionate with people, gave people breaks with every opportunity I could. I tried to positively influence people rather than drive them. I realized people make mistakes but that's not who they are. This I learned from my parents, neighborhood, church, school and my brothers. I tried never to treat anyone with disrespect. This is reflected in my police career of 37 years no complaints dealing with the public.

My father Frank grew up in South Boston, one of five brothers, They didn't have much growing up. During the Depression, my father worked for the CCC in Boston, and Maine. During World War Two he entered the Submarine Service contracting Rheumatic Fever in the Phillipines, damaging his heart, leading to heart problems the rest of his life.

In 1946, after the Navy, he joined the Boston Police. I have no memory of him as such. When I was born in 1958 he had been medically discharged after getting hit by a truck at a traffic box. He worked at various oil burner companies afterwards.

During the 70's, while I was going to high school, he had three open heart surgeries at the West Roxbury VA Hospital. I don't know how we survived financially. He died of a Heart Attack while seated in his MV in our driveway. I came upon him and tried to give him CPR to no avail which was a very traumatic experience for me.

My mother, Ruth, raised five sons, as a stay at home mom. She worked very hard dealing with five sons, and an elderly mother as well. During World War Two she was a Navy W.A.V.E. She died of cancer immediately preceding my father passing.

Both my parents were hard working, conscientious people who dealt with various family issues during the turbulent 60's and 70's. They understood the importance of working together, teamwork, motivation to maximize goal attainment. These are the values I learned from them, as well as respect for others, to view everyone as a person rather than a machine.

From my four brothers I learned these values as well. My brother Mark, aprox. 73 years old, is a retired State Police Lt. living in Florida and NH. He was, and is a hardworking individual, conscientious. He volunteered for the U.S. Marine Corps in 1969, after High School, as many in our neighborhood did. While in Vietnam, he survived combat as a squad leader, and received two purple hearts. Later on in his life he was diagnosed with PTSD. After Vietnam, he worked for the Phone Co. , MDC Police, and

transferred to the State Police.

From Vietnam, as a squad leader, and as a State Police Lt., he learned the value of positively leading people to attain a goal, with appropriate motivational tools, incentivising work performance, getting people to willingly perform organizational goals, which is the true test of leadership, rather than driving them. He has been a rock of support during my recent difficulties, and will help ensure I will never end up in Court again.

My brothers, Mike, and Frank, 71 and 66 respectfully are retired ironworkers, Local 7. Both were very hard working individuals in a very hazardous occupation. Both have had replacement surgeries to knees, and shoulders as a result of their hard work. Mike fell two floors while working on the federal courthouse in Boston damaging his back. Frank got crushed by a drawbridge near the Science Museum while working on it. Both have been very supportive of me, and will stand by me in the event of future difficulties I have been supportive of them as well. Early on in my bacherlor police career, Frank came to live in my apartment at my family home, after he was divorced, and then due to the ex-wife not being able to care for his three young children they then came to live with me. I have also been supportive of Mike most recently with family, and medical issues.

My brother Steve, is a retired Postal employee, with various medical issues, cancer and knee surgery. He has also been a hard working person and is supportive of me as well.

From my parents upbringing of me, from my brothers, my neighborhood, I learned the value of treating people with respect, the value of hard work to achieve goals, and the use of those in motivating others to achieve those goals through teamwork. I have used these values throughout my career in Police management. Influencing workers to get their willing participation is at the heart of organizational goal achievement as it aligns with reasonable past practices of an organization.

I attended Boston Public Schools until the 8th grade. After grade school I attended Xaverian Brothers High School with my brother Frank, graduating in 1976. After High School I was admitted to the BC School of Management as a marketing major graduating with A BS degree in 1981. At BC I studied organizational behavior, management therory, leadership. I have used these in my police career. They have emphasized teamwork, empowerment, ownership, buying into the organizations goal through appreciation of one's

skills, abilities through recognition and reward for their willing input.

At BC I was a commuting student, literally working morning, noon, and night to help pay for my education. I rode the T to Kendall Sq, for a job in the morning, then took the T to BC for classes, while on campus I worked for the AV Dept, then after class went back to Kendall Sq., and then home to Dorchester for study. Because of my hard work, and the hard work of my family I have always tried to show appeciation for all the hard work my subordinates have given me as a Sgt., Lt., or Capt. At the warehouse I purchased a christmastime lunch for the entire warehouse, civillian and officers, I always tried to take into consideration their wants and needs, work-life balance to achieve goals. .

While at BC I was accepted into the Boston Police Cadet Program in Oct. 1979. I have worked for the Boston Police Dept. in one role or another for 42 years prior to my retirement in 2021.

During these 42 years, I never received any disciplinary issues, retiring with aproximately 260 sick hours on the books. While assigned to the warehouse, I fell off a ladder at my home while clearing snow off the roof and broke my ribs, aprox. 2014, and had to sleep in a chair for 3 months, while dealing with the pain, and still reported to work. The Hanover EMTs responded but I declined to go to the hospital. I confirmed the injury after falling off a ladder in Dec. 2023, and brought to the South Shore Hospital via Ambulance for a concussion.

I was always in the uniform branch, highly visible , not hidden away in a back office. I always answered the call of duty, day or night, blizzards, natural disasters, protests, riots, special events etc. I never abused any prisoner, any citizen, never violated anyone's civil rights. I always tried to treat people with respect, and valued them as human beings.

As a Police officer, Sgt., Lt., Capt, I have worked in many different parts of the city, South Boston, where I was the station commander, Allston, Back Bay, South End, J.P., Roxbury, Mattapan, Dorchester, a very diverse range of citizens, never a complaint.

I worked with a steady partner, George, for 9 years in South Boston's District Six as a Police Officer, before making Sgt., in 1997. answering priority 911 calls., dealing with the integration of the public housing projects in South Boston with fairness and integrity.

For 4 years I worked as a Sgt. in Mattapan's District 3 on the overnight

shift deailing with a multitude of serious criminal incidents shootings, Homicides.etc, sometimes dealing with 3 crime scenes simultaneously during weekend overnight hours, in the cold freezing weather of the winter, or the hot nights of the summer. On many occasions, breaking up after hours house parties with hundreds of attendees before they became scenes of shootings, homicides, major disturbances with maybe 10 officers if you were lucky, before 2 were called away for a shooting here, or another 2 taken away for a shooting there. If as a leader you can turn around and still see subordinates following you into the house party, I think that illustrates good leadership skills. Good leadership, getting the job done through subordinates in tough circumstances through, taking cognizance of their efforts, abilities and appropriately rewarding them is key. I learned my first week as a Sgt. in Mattapan while responding to a New Years riot in Codman Sq.late at night, scores fighting, stabbings, cruisers from adjoining Districts crashing, that as a Supervisor, you don't know everything, you don't have all the answers, you depend heavily on subordinates to give their willing efforts, skills, abilities willingly to manage often chaotic situations you are assigned by the department to handle.

    For 4 years I was assigned as a Sgt, in JP's Dist. 13 on the overnite shift, not as busy as Dist 3 but we still covered Bromley Heath, and portions of Roxbury. While assigned to Dist 13, I broke my finger pitching batting practise for my son's little league team, and had to wear a metal bar, and I still went to work on light duty, as the duty shift commander. As with me on this occasion, the Dept has made all kinds of accomodations by historical past practise for people who have injuries, diseases, health care issues, mental issues, child care issues, people who can't carry guns, family care issues both on reg duty and ot.

    In 2006, I was promoted to Lt. and assigned to Brighton's Dist 14, and then to Dorchester's Dist 11, as the Duty Supervisor on the Overnite shift. In 2010 I was promoted to Capt of South Boston's Dist Six. Upon my transfer out of District Six to to the Court Unit. every neignborhood association leader wrote a letter to the Commissisioner requsting it be rescinded because I always strove to meet any of their concerns promptly. As a Captain, people would see me walking Broadway, Andrew Sq., the D Street Projetcts with my two Community Sevice officers, attending as many community events as possible. My next assignments were Evidence Management and Central

Supply Division., Night Command during the remainder of my carreer after Evidence Management. While assigned to Night Command I responded in the overnite hours to many serious incidents throughout the entire city of Boston, including three officers shot in the Orient Heights section of East Boston, multiple homicides, suicides, multiple alarm fires, water main breaks, disciplnary issues, police involved shootings while acting as the eyes and ears of Supt-in Chief Gross, and BFS Supt O'Rourke. Many of the motivational incentives I used were employed by members in the upper command Staff, to include Supt's, and Deputy Supt's.

My wife, Dorothy of 34 years, still works for the Dept. as a head clerk for over 45 years. She is 69 years old. Her mother died at our house, while Dotty was sitting by her bed in a very traumatic manner. Her mother had a stroke at a young age, and was living with us. As a result of this incident, Dotty is currently diagnosed with High Anxiety, Depression, and asthma. She has been a tremendous support to me over the years, while simultaneuosly having to deal with the care of her mother who became mentally difficult to deal with, becoming more bitter and angry over her partial paralysis through the years, and often taking it out on Dotty.

Living with us at our home in Hanover of 31 years are my two sons Russell 33 yrs, and Garrett 31 years. Russell is a Pharmacy Tech at CVS recently employed. He has struggled over the years with Generalized Anxiety Syndrome, Depression, and ADHD. These issues first manifested themselves in middle school. Despite all his struggles he has been a tremendous support for me in my time of recent trouble.

Garrett is a laborer, installing fences, and is a very hard working person, and has also been a big support to me. Both boys were heavily involved in the Boy Scouts, as was I as an asst. Scoutmaster. In the Scouts we learned the value of teamwork to get work done, helping others, proper motivation. Both boys were involved in baseball growing up as was I as an asst. coach. Again learning the value of teamwork, and hard work to get the job done along with recognition and motivation. Garrett went on to play varsity football at Hanover High. I am also an attendee at St Mary's Catholic Church in Hanover

These activities demonstrated to me the importance of teamwork in reaching a goal, looking out for one another, motivation. They also demonstrated the importance of treating people with respect, kindness, and

the value of considerating the wants and needs of workers in getting a job done. When one does that the return is far greater than what is expended in terms of job satisfaction, ownership, and willing cooperation.

In 2001, I received a Master's Degree in Criminal Justice Administration from Western New England College, again studying management theory, organizational behavior, leadership, motivation. These theories I also tried to use in my police management career to attain dept. goals. The Dept pays us more money to attain this learning through the Quinn Bill. Also over half the examination study material, and my Capt. examination were based on management theory, organization behavior, team building, empowerment, ownership, motivation theory, Maslow's hierarchy of effects, the Exception Principle, etc.

During my career, the majority in the patrol division, in uniform, I always tried to use my common sense, my learning, my past experience to make the best decisions to get the job done in the best possible way often with ambiguous or contradictory practises established in the dept. or lack of information

During my time as a patrol officer, we endured an earlier police defunding concerning the Tregor Bill. Police stations were closed, lack of maintenance of cars, lack of equipment, lack of training, low staffing, poor management made our jobs difficult.

For example, while assigned to the overnight shift on Brighton's District 14, which had been closed, all officers coming from District 4, I was the only response unit in the morning for 1 ½ hrs due to shift changes. The cruisers we were assigned were lightweight, tin can Ford Fairmounts, that couldn't stand up to the constant wear and tear of police work. One memorable call, I was paired up with another one man car to respond to District 4 in the south end, coming from Brighton for a priority call, I had a blue light, no siren. The other had a siren but no blue lights. On another occasion while assigned to South Boston's District Six, which was closed all units coming from Dorchester's District 11, in a two man rapid response unit, we were assigned a priority call in JP, then sent on a priority call in West Roxbury, far from our patrol area in South Boston. After roll call in Roxbury's District 2, I was ordered to take a call before checking the cruiser out. I responded to the call and couldn't get out the driver door, and had to crawl out the passenger door. In a nut shell that is the history of mis

management in the BPD.

Through team work, looking out for one another, hard and dangerous work, we got the job done. We often had to rely on our common sense, and life experiences.

Police work in general leads often to cynical unmotivated veteran officers due to the pressures of the job. Police managers to overcome this inertia, to try to get things done, often use motivational tools. One tool heavily used in the dept is the use of compensatory time, "C" days, "Captain's Days" to motivate good work. The saying was we can give you time but not money,.

To help illustrate how the pressures of the job can influence motivation, and create cynicism in veteran officrs I want to give you a brief view of incidents in my career, and many veteran officers can relate similar incidents.

Officer Will Cullinane, a friend, neighbor, my son played sports with his, was shot while at the booking desk at Dist 2. The shooter was shot by one of my classmates, an old partner Steve Fahey. I rode with, and worked with Officer Roy Sergei who got shot on Dist 4 because he rang the wrong doorbell and Otsuki shot and killed him. I worked with Officer Tommy Rose, who was shot and killed at Dist 1 when he let a prisoner use the phone. I worked with Officer Louie Metaxas on Dist 6 when he was knocked off a roof by a dog while responding to a call and killed. I worked with Sgt Charlie Byrnes, and Officer Doc Welby who were shot on Dist 3. Officer Bob Cappucci escaped serious injury when the round went through his leather jacket.

I have worked with countless other officers who have suffered injuries from various assaults in my 37 years on the job. I was fortunate to have received only a broken finger. These officers have had to endure years of dealing with trauma, shootings, stabbings suicides, shoot don't shoot decisions. They build up over the years of police work leading to cynical, unmotivated veteran police officers. When this is combined with the serious injuries some officers receive on the job, disciplinary cases, mental health issues, child care issues, family care issues the Dept seeks a spot to send them

Despite all these challenges I faced as a police officer I always answered the call to duty trying to do the best job I could using commonsense, and real world police experience.

As a result of my actions, I was indicted, arrested, and convicted amid widespread publicity nationwide. These occurrences, along with suitable punishment, possible loss of pension, will certainly act as a general deterrent to any police officer who will abuse their position of public trust in the future. The word has gone out far and wide should you do so, the consequences you face are serious.

The specific deterrent aspect of my prosecution is severe as well, and was widely publicized too. Along with possible incarceration, probation, restitution, penalties for my actions, I face the posssible loss of pension, and have had to spend substantial amounts for attorney fees, loss of credit card accounts, IRA brokerage accounts closed I have had for decades. I have lost my passport, my right to have a firearm license. The anxiety, and embarrassment to my family during this 3 ½ year period from my arrest at the end of March 2021 to my conviction in May 2024, which I caused, have had a severe impact. They have exasperated pre-existing family medical issues concerning generalized high anxiety and depression.

For the 3 ½ years after my arrest , I have worked at the Home Depot Store in Rockland, as a Lawn and Garden Associate, at $19 an hour. I learned to appreciate the life of an average tax payer's point of view, and to appreciate the hard work of the store employees. I also learned of the motivational tools, rewards, safety training that makes Home Depot successful. They emphasize teamwork, looking out for one another as family, treating everyone with respect, giving back to encourage the willing buy in of achieving the companies goals, ownership. These are management concepts I tried to use as I had learned at college, study materials, and from life experiences as a police officer of 37 years.

My life as a police officer is over as I approach 66 years of age. I will never be in a position of public trust in the future. Since my transfer out of the unit in March 2016, I have obeyed every rule regulation of the Dept until my retirement in Jan. 2021. Since that transfer I have obeyed every law to the present. I am not now or ever have I been a danger to the community. I never intend to be back in front of any court again for any violation. I have a family support structure, and friends to help ensure this. I have complied with all requirements of probation.

    I have aided my old partner, George, as he he is dealing with a major health issue.  I have aided my friend , Frank as he is dealing with a major health issue as well.  Also, I have aided my brother, Mike as  he deals with medical, and family issues.  Depending on what happens with my pension, I hope to live what remaining years I have left in taking care of my family especially my wife Dotty, and son Russell who have significant health concerns,who have borne the costs of my police career, and the errors I have made.  I would like to make amends to the taxpayers by engaging in community activities for the good of the community if allowed, community service along with restitution.

    I have proven over 65 years of life, my conduct in this matter was an aberration, a stupid decision with terrible consequences. I have certainly learned from this,  This is a lesson I will take to my grave,  I am not a threat to the community, I have a good support structure, you'll never see me in court again.  Thank you for your consideration.

                                            Respectfully submitted,

                                            Richard Evans