UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) ) ) v. ) ) RICHARD EVANS, ) Defendant ) ) | No. 21-CR-10093-RGS |

### DEFENDANT'S NOTICE OF APPEAL

Now comes the defendant Richard Evans, by and through undersigned counsel, and hereby notices his appeal to the United States Court of Appeals for the First Circuit from the judgment of conviction and sentence entered in the above-captioned case on October 25, 2024.

        Respectfully Submitted,
        RICHARD EVANS
        By His Attorneys,

        **/s/ Martin G. Weinberg**
        Martin G. Weinberg, Esq.
        Mass. Bar No. 519480
        20 Park Plaza, Suite 1000
        Boston, MA 02116
        (617) 227-3700
        owlmgw@att.net

        **/s/ Michael Pabian**
        Michael Pabian, Esq.
        Mass. Bar No. 684589
        20 Park Plaza, Suite 1000
        Boston, MA 02116
        (617) 227-3700
        pabianlaw38@gmial.com

Dated: October 25, 2024

## CERTIFICATE OF SERVICE

    I, Martin G. Weinberg, hereby certify that on this date, October 25, 2024, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

                                                   **/s/ Martin G. Weinberg**
                                                   Martin G. Weinberg, Esq.