UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | |
| v. | ) ) | No. 21-CR-10093-RGS |
| RICHARD EVANS, <br>          Defendant | ) ) ) ) ) | |

## NOTICE OF FILING OF FIRST CIRCUIT BRIEF

Now comes the defendant Richard Evans, by and through undersigned counsel, and hereby respectfully provides notice to this Honorable Court that his opening brief in the First Circuit Court of Appeals, attached as an Exhibit hereto, was filed on January 14, 2025. The government's response brief is due on February 13, 2025.

        Respectfully Submitted,
        RICHARD EVANS
        By His Attorney,

        **/s/ Martin G. Weinberg**
        Martin G. Weinberg, Esq.
        Mass. Bar No. 519480
        20 Park Plaza, Suite 1000
        Boston, MA 02116
        (617) 227-3700
        owlmgw@att.net

        **/s/ Michael Pabian**
        Michael Pabian, Esq.
        Mass. Bar No. 684589
        20 Park Plaza, Suite 1000
        Boston, MA 02116
        (617) 227-3700

pabianlaw38@gmial.com

Dated: December January 17, 2025

## CERTIFICATE OF SERVICE

    I, Martin G. Weinberg, hereby certify that on this date, January 17, 2025, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

**/s/ Martin G. Weinberg**
Martin G. Weinberg, Esq.